**BRIAN C. LOWNEY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front St., Suite 401**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: brian.lowney@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-60-M-DWM** |
| **Plaintiff,** | |
| **vs.** | |
| | **OFFER OF PROOF** |
| **MATTHEW RAY TACK,** | |
| **Defendant.** | |

The United States, represented by Assistant U.S. Attorney Brian C. Lowney,

files the following offer of proof in anticipation of the change of plea hearing set in

this case on December 4, 2024.  Doc. 16.

1

**THE CHARGES.**  The defendant, Matthew Ray Tack, is charged by indictment with failure to register as a sex offender, in violation of 18 U.S.C. § 2250(b).

**PLEA AGREEMENT.**  Tack intends to plead guilty to the sole count of the indictment, without a plea agreement.  Doc. 15.  In the government's view, an open plea to the single count in the indictment is the most favorable resolution to Tack as he will retain his appeal rights.  *See Missouri v. Frye*, 566 U.S. 134, 145-46 (2012).

**ELEMENTS.**  To convict Tack of the sole count of the indictment at trial, the United States would have to prove the following elements beyond a reasonable doubt:

> **First**, the defendant was required to register under the Sex Offender Registration and Notification Act;
>
> **Second**, the defendant knowingly failed to provide information required by the Sex Offender Registration and Notification Act relating to intended travel in foreign commerce; and
>
> **Third**, the defendant engaged or attempted to engage in the intended travel in foreign commerce.

**PENALTIES**.  The sole count of the indictment carries a maximum sentence of 10 years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment.

**PROOF**.  If called upon to prove this case at trial, and to provide a factual basis for the defendant's plea, the United States would present, by way of the

testimony of law enforcement officers, lay and expert witnesses, and physical evidence, the following:

Tack was convicted of Sexual Abuse of Children on August 16, 2014, in Missoula County District Court Case DC-13-595, for possessing child sexual abuse material in violation of Mont. Code Ann. § 45-5-625(e).  This conviction qualifies as a "sex offense" under the Sex Offender Registration and Notification Act (SORNA)[1], and as such, Tack was and is required to register as a sex offender.

On February 7, 2024, the US Marshals Service received notification that Tack was traveling internationally between Missoula, MT, and Bogota, Colombia (via Denver and Houston).  Tack boarded his flights and traveled to Bogota, Colombia, but upon arrival there on February 8, 2024, Colombian officials refused Tack entry to the country and sent him back home.  Tack returned to the United States that day.

As a part of his registration requirement (and pursuant to SORNA), Tack was required to notify his registration agency of his intention to travel outside of the United States 21 days in advance such travel.  Tack did not do so prior to his travel to Bogota, Colombia, per Montana's Sexual and Violent Offender Registry.  Tack last signed a form indicating his understanding of this provision in August 2022.

---

[1] 34 U.S.C. § 20911(5)(A)(i) or (ii)

3

The government submits this evidence would prove beyond a reasonable doubt all the elements of the crime charged in the sole count of the indictment.

DATED this 27th day of November 2024.

JESSE A. LASLOVICH
United States Attorney


*/s/ Brian C. Lowney*
BRIAN C. LOWNEY
Assistant U.S. Attorney

4