MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email:  michael_donahoe@fd.org
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 24-60-M-DWM** |
| Plaintiff, | |
| vs. | **DEFENDANT TACK'S SENTENCING MEMORANDUM** |
| MATTHEW RAY TACK, | |
| Defendant. | |

### INTRODUCTION

Defendant Matthew Ray Tack (Mr. Tack), by and through his counsel, Michael Donahoe, and the Federal Defenders of Montana, offer the following memorandum in aid of sentencing currently set down before this Court for April 3, 2025, at 10:00 a.m., in Missoula.

///

1

## PRESENTENCE REPORT OBJECTIONS

There are no outstanding objections to the Presentence Report (PSR).

## 18 USC §3353(a) FACTORS

The relevant sentencing factors are set forth in 18 USC §3553(a)(2), which we address briefly:

(1)    *Nature and Circumstances of the Offense*

Mr. Tack stands before this Court convicted of the Indictment, which charges the crime of Failure to Register as a Sex Offender, in violation of 18 USC §2250(b).

This offense carries a term of ten (10) years of imprisonment, a $250,000.00 fine, and three (3) years of supervised release.

(2)    *History and Characteristics of the Defendant*

These factors are adequately addressed in the PSR.

(3)    *Seriousness of the Offense*

Mr. Tack acknowledges that his conviction is serious and takes full responsibility for his actions. (*See* PSR, pp. 5-6, ¶¶21).  Mr. Tack will allocute at the sentencing hearing.

(4)    *Deterrence and Protection of the Public*

Both general and specific deterrence would be promoted by a sentence of three years probation.

///

2

(5)    ***Promotion of Respect for the Law***

Mr. Tack has gained respect for the law through the progress of this federal prosecution.

(6)    ***Need to Provide Defendant with Education, Training, Medical Care or Other Correctional Treatment***

The need to provide Mr. Tack with education, training, medical care, or other treatment does appear relevant.  Such needs could be adequately addressed while Mr. Tack is on probation.

(7)    ***The Applicable Guidelines***

Mr. Tack recognizes that he faces a maximum term of ten (10) years of imprisonment.  However, Mr. Tack contends that a sentence of three years probation is sufficient, but not greater than necessary to satisfy the relevant §3553(a) factors.

## WAIVER OF READING OF SUPERVISED RELEASE (PROBATION) CONDITIONS IN OPEN COURT

Mr. Tack has read and understands the standard conditions set forth on pages 20-21, ¶¶s 1-13, of the PSR and hereby waives the reading of those conditions aloud at the sentencing hearing.

## CONCLUSION

WHEREFORE, Mr. Tack prays this Court will consider this memorandum in aid of sentencing.

///

3

RESPECTFULLY SUBMITTED this 18th day of March, 2025.

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on March 18, 2025, a copy of the foregoing document

was served on the following persons by the following means:

  1         CM-ECF

  2         Mail

1.     CLERK, UNITED STATES DISTRICT COURT

1.     BRIAN C. LOWNEY
       Assistant United States Attorney
       United States Attorney's Office
       101 E. Front Street, Suite 401
       PO Box 8329
       Missoula, MT 59807
            Counsel for the United States of America

2.     MATTHEW RAY TACK
           Defendant

                       /s/ Michael Donahoe
                       FEDERAL DEFENDERS OF MONTANA