UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>MATTHEW RAY TACK,<br><br>    Defendant - Appellant. | No. 25-2260<br><br>D.C. No.<br>9:24-cr-00060-DWM-1<br><br>District of Montana,<br>Missoula<br><br>MANDATE |

The judgment of this Court, entered November 18, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT